# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | 4:15CR00134-001 SWW | |
| MICHAEL JOSEPH GRAY | | DEFENDANT |

## ORDER

Pending before the Court is the government's unopposed motion to continue the hearing previously scheduled August 20, 2015 [doc #6]. The Court finds that the motion should be ***granted***.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke defendant's supervised release is continued until ***TUESDAY, SEPTEMBER 15, 2015 AT 1:00 P.M.***, in Courtroom #389, Richard Sheppard Arnold United States Courthouse, 600 W. Capitol Avenue, Little Rock, Arkansas.

If defendant violates the conditions of his supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 14th day of August, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE