### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                        **No. 4:15-cr-134-DPM**

**MICHAEL JOSEPH GRAY**                                    **DEFENDANT**

### ORDER

The United States Probation Office seized the following property from Gray: an iPod; a black smart phone, S/N 35930105140917; a black cell phone, S/N R21f383A64Z; a large kitchen knife; and a white one touch pixi cell phone with a cracked screen. The Court, speaking through Judge Wright, revoked his supervised release. *Doc. 29.* Gray did not appeal the Judgment, and the time to do so has passed. The Court therefore orders that the property be released to the appropriate federal, state, or local law enforcement agency for disposal, or that it be destroyed by the Probation Office. The Court directs the Clerk to send a copy of this Order to the Probation Office.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 February 2026